# RULE 5 INITIAL APPEARANCE RECORD BEFORE
# MAGISTRATE JUDGE

Mag. No. __00-2157m__

D/C Case No. __4:00CR0370 CEJ__

Defendant's Name: __Michael J. Jordan (JoDon)__   SSN# __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__

Date of Initial Appearance: __Aug. 14, 2000__   Proceedings Commenced __2:20 pm__

Date Federal Custody Commenced: __Aug 14, 2000__

U.S. Attorney: __Donald G. Wilkinson__   Present   Not Present

Defense Attorney: __Q. David Abrand (636) 583-7600__   Present

**FILED**
AUG 14 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Defendant advised of following:

- ✓ Nature of Offense
- ✓ Given copy of Comp/Indict/Info/Pet
- ✓ Right to be represented by counsel
- ✓ Right to have counsel appointed, if indigent
    - ✓ Retained: __Atty David__
    - ___ Appointed: _____
- ✓ Right to remain silent; and that defendant's statements can be used against him.
- ~~Right to preliminary examination under Rule 5.1 or preliminary hearing under Rule 32.1 within 10 days if detained; and within 20 days if released.~~
- ~~Right to hearing here under Rule 40 if charged in another district.~~
- ~~Right to transfer here for guilty plea under Rule 20 if charged in another district.~~
- ✓ Pretrial services bail report received on __8/14/00__
    From: Pretrial Services Officer __Mark Ruchart__

Defendant's residence: __5258 Mill Rock Rd__   Tel. No __(573) 764-3127__
__Gerald, MO 63037__
__2 miles E off "H"__

Defendant's Age: __44__   DOB: __May 14, 56__   Sex: __M__   Race: __white__

___ Married: Spouse's Name: _____   No. of children __0__

✓ Single   Ages: _____

Location of defendant's family: __dec - no family__

Defendant's current employment: __unemp. SIS disability.__

Defendant's prior convictions: __drugs in 76-78-78 poss pot CA   DWI in '85   arr - Kansas.__

3

Bail set at: $25,000    (Sec. AB)   O.R.   Unsec. AB   Cash Only   Property   10%

Motion for detention hearing made by Δ's real estate

_____ United States

_____ Magistrate Judge

Detention hearing set for _____

Disposition at Initial Appearance:   ✓ Committed to Custody
                                     _____ Released on Bond

Next Appearance: Thurs, Aug 17, '00   at 2:00 p.m. for arraignment
                  Date                   Time           Proceeding

Before Judge USMJ. Adelman.

Case to remain: _____ Sealed  ✓ Unsealed  _____ Proceedings Concluded: 2:45 pm

**Notes:** _____

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

CASE INFORMATION RECORD  Date 8-14-00  Page No. 1  Case No. 4:00CR370 CEJ/TIA

Division E/MO  Presiding Judicial Official Lawrence O. Davis  Operator MBerg

Proceeding Initial Appearance

FILED
AUG 1 4 2000
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| Tape #1 Index #s 1931-3294 | Tape #2 Index #s  -  | Tape #3 Index #s |
|---|---|---|
| Tape #4 Index #s  -  | Tape #5 Index #s  -  | Tape #6 Index #s |

| Plaintiff(s) USA | Defendant(s) Michael Jordan (Jo) |
|---|---|
| Other Party Type | Other Party Type |

*Channel*

| 1. Presiding Judicial Official (J) | 3. Podium |
|---|---|
| 2. Witness Stand | 4. Jury Box |

Plaintiff Attorney(s) | Defendant Attorney(s)
---|---
 | 
 | 

(See attached docket sheet for addresses)

☐ Defendant Waives Hearing   ☐ Court Appoints _____   ☐ Sealed Procceding

Parties Present for hearing on _____
1) to retain David Crand

☒ Defendant present for Initial Appearance.  ☒ Deft. is advised of his/her rights & indicates he/she understands them.

☒ Bond set in the amount of $ 25,000   ☒ Secured   ☐ Secured by 10%   ☐ Unsecured   ☐ O.R. Bond

☐ Govt. has filed a motion for pretrial detention.  Detention hearing scheduled for _____

☐ Defendant Arraigned   ☐ Waives reading of Indictment/Information   ☐ Case taken under advisement

Plea Entered _____  Order on Pretrial Motions ☐ issued ☐ to issue

Deft. waives evidentiary hearing and by leave of court withdraws all pretrial motions ☐ order to issue ☐ oral ruling

Trial date _____   Before _____
Next Hearing Date/time 8-17-00 @ 2:00   Type of Hearing Arraignment   Before Judge Adelman

☒ Remanded to Custody   ☐ Released on Bond   Attorney Present _____

Proceeding Commenced 2:25 pm   Proceeding Concluded 2:45 pm

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 08/15/00 by pdalziel
          4:00cr370    USA vs Jodan


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

Alan Arand -    2529              Fax: 636-584-0302
Donald Wilkerson -   35963        Fax: 314-539-7695

SCANNED & FAXED BY:
AUG 15 2000
C. D. D.