# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT
THOMAS F EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
ABBS (800) 652-8671
www.ca8.uscourts.gov

RECEIVED BY MAIL
NOV 13 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED
NOV 13 2001
EASTERN DISTRICT OF MO
ST. LOUIS

November 8, 2001

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
111 S. 10th Street
St. Louis, MO  63102

Re:  01-1449   United States vs. Michael JoDon

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)
------------------------------------------
cc:  Donald Garrett Wilkerson Sr.
     Michael T. JoDon
     Janis C. Good

District Court/Agency Case Number(s):  4:00CR370 CEJ

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 01-1449

United States of America,

    Appellee,

vs.

Michael T. JoDon,

    Appellant.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Missouri

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

September 20, 2001

A true copy

ATTEST: *Michael E. Gans*

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 01-1449

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Michael T. JoDon, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

Submitted: September 11, 2001

Filed: September 20, 2001

Before LOKEN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

After Michael T. JoDon transmitted a picture of his genitals to a minor over the Internet, JoDon pleaded guilty to transportation of obscene matter in violation of 18 U.S.C. § 1465. As a part of the plea agreement, JoDon waived his right to appeal the sentence imposed under the sentencing guidelines unless the district court[*] sentenced him outside the applicable guidelines range. Although JoDon's sentence falls within the guidelines range, JoDon now challenges the district court's imposition of special

---

[*]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 11/13/01 by lwilderm
        4:00cr370    USA vs Jodan

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
               2 Certified Copies to USP
               1 Copy to Financial
               1 Copy to O.S.U.

| | |
|---|---|
| Alan Arand - 2529 | Fax: 636-584-0302 |
| Fed Public Defender - | Fax: 314-421-3177 |
| Janis Good - | Fax: 314-421-3177 |
| Donald Wilkerson - 35963 | Fax: 314-539-7695 |

SCANNED & FAXED BY:
NOV 14 2001
MJM